JAMES W. MURPHY et al., Respondents, v. THE NEW YORK ELEVATED RAILROAD COMPANY et al., Appellants.

*Murphy* v. *N. Y. El. R. R. Co.*, 8 Misc. Rep. 683, affirmed.
(Argued April 24, 1896; decided May 26, 1896.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered April 6, 1894, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at an Equity Term.

*Julien T. Davies* for appellants.

*John E. Parsons* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.